Anthony G. Simon (38745 MO)*
asimon@simonlawpc.com
Jeremiah W. Nixon (67148 MO)*
jnixon@simonlawpc.com
William B. Sullivan (73967 MO)*
bsullivan@simonlawpc.com
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, MO 63110
Telephone: (314) 241-2929

Jennifer J. Lee (203744 CA)
jennifer.lee@huschblackwell.com
**HUSCH BLACKWELL LLP**
1999 Harrison Street, 13th Floor
Oakland, CA 94612
Telephone: (415) 290-2741
Fax: 510-768-065

Jeffer Ali (0247947 MN)*
jeffer.ali@huschblackwell.com
**HUSCH BLACKWELL LLP**
80 South 8th street, Ste 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: 612-852-2701

Rudolph A. Telscher , Jr. (41072 MO)*
rudy.telscher@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
314-480-1500
Fax: 314-480-1505

**Admitted Pro Hac Vice*

***Attorneys for Plaintiff Ginko, LLC***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GINKO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No: 3:25-cv-11014-VC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Ginko, LLC, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Granting Apple's Motion for Judgment on the Pleadings (Dkt. No. 118), entered in this action on July 30, 2026, and from the final judgment entered pursuant thereto, and from all rulings, orders, and decisions that merged into that judgment, including without limitation any prior orders and rulings adverse to Ginko, LLC.

Dated: August 28,2026

Respectfully Submitted,

*/s/ Jeffer Ali*

Anthony G. Simon (38745 MO)*
asimon@simonlawpc.com
Jeremiah W. Nixon (67148 MO)*
jnixon@simonlawpc.com
William B. Sullivan (73967 MO)*
bsullivan@simonlawpc.com
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, MO 63110
Telephone: (314) 241-2929

Jennifer J. Lee (203744 CA)
jennifer.lee@huschblackwell.com
**HUSCH BLACKWELL LLP**
1999 Harrison Street, 13th Floor
Oakland, CA 94612
Telephone: (415) 290-2741
Fax: 510-768-065

Jeffer Ali (0247947 MN)*
jeffer.ali@huschblackwell.com
**HUSCH BLACKWELL LLP**
80 South 8th street, Ste 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: 612-852-2701

Rudolph A. Telscher , Jr. (41072 MO)*
rudy.telscher@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
314-480-1500
Fax: 314-480-1505

**Admitted Pro Hac Vice*

***Attorneys for Plaintiff Ginko, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on 28th of August, 2026, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

By: */s/ Jeffer Ali*